FILED

08/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0167

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0167

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

ALAN TODD RUFF,

     Defendant and Appellant.

O R D E R

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 30, 2020, within which to file his response to the Motion to Withdraw as Counsel of Record.

No further extensions will be granted.

DATED this 18th day of August, 2020.

For the Court,

Chief Justice

FILED

AUG 18 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana